# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JESSICA WILSON, et al.,

       **Plaintiffs,**

vs.                                     **Case No. 8:10-cv-489-T-27EAJ**

SARASOTA COUNTY SHERIFF'S
DEPARTMENT, et al.,

       **Defendants.**

_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 11) recommending that Defendants' Motion to Dismiss (Dkt. 6) be granted. Plaintiffs have filed a self-styled "Answer for Motion to Dismiss" (Dkt. 12) which is construed as their objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that

1) Plaintiffs' objections (Dkt. 12) are **OVERRULED**.

2) The Report and Recommendation (Dkt. 11) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

3) Defendants' motion to dismiss (Dkt. 6) is **GRANTED**.

4) Plaintiffs' complaint (Dkt. 2) is **DISMISSED** without prejudice. Plaintiffs are granted leave to file an amended complaint by July 29, 2010. Failure to file a timely amended complaint will

result in the dismissal of this action for lack of prosecution **without further notice**.

**DONE AND ORDERED** this 19ᵗʰ day of July, 2010.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Unrepresented Parties
Counsel of Record